No. 01–6837. WILLIAMS v. MANHATTAN EAST SUITES HOTELS ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–6838. WEST v. UTAH NON-PROFIT HOUSING CORP. Sup. Ct. Utah. Certiorari denied.

No. 01–6839. TIBBS v. ISLAND CREEK COAL CO. Sup. Ct. Va. Certiorari denied.

No. 01–6840. JACOBS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 01–6842. RUIZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–6843. NAMAZI v. UNIVERSITY OF CINCINNATI COLLEGE OF MEDICINE ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–6844. BRUMLEY v. SIMMONS, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–6845. SMITH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–6849. STEELE v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6850. WISE v. MORGAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–6851. TORRES v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–6852. VILLASENOR v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6854. SMITH v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6857. WOODS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–6859. WILLIAMS v. FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.